IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-40-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| TONY MILLER | ) | |
| | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED Docket Entry 72, the instant Motion to Seal, and this Order to Seal, be sealed by the Clerk from this date until further order by this Court, except that a filed copy of the same be provided to the United States Attorney's Office.

This the __4__ day of __January__, 2021.

James C. Dever III
United States District Court Judge