UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-40-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| TONY MILLER | |

On motion of the Defendant, Tony Miller, and for good cause shown, it is hereby ORDERED that D.E. 68 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 4 day of January, 2021.

JAMES C. DEVER III
United States District Judge